UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA              :

VS.                                                    :        NO. 3:25CR49 (KAD)

JAMES PAGLIARO                          :        APRIL 29, 2026

## SUPPLEMENTAL SENTENCING MEMORANDUM

The defendant hereby supplements his sentencing memorandum by submitting the two page letter from the defendant to the Court. The original letter apparently omitted the back page of the defendant's letter.

The defendant also submits a letter from his uncle.

Respectfully submitted,
DEFENDANT, JAMES PAGLIARO


By:_____ /s/ Richard S. Cramer_____
              Richard S. Cramer
              185 Asylum Street
              Hartford, CT 06103
              Tel. 860.402.5927
              Federal Bar #ct00016

## CERTIFICATION

Pursuant to the Court's designation of this matter as an electronically filed case, and in accordance with the requirements for certification of service in such cases, the undersigned certifies that the foregoing document was filed electronically on the 29th day of April 2026.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_____*/s/ Richard S. Cramer*_____
Richard S. Cramer