Dear, Honorable Judge Dooley

I want to start off by saying how remorseful I am for my actions. I want to appologize to my victims in this letter and again on the day of my sentencing. There is nothing I can say or do to justify my actions. I never meant to cause the harm or stress that I did to my victims or their families. But I do want to say that what I did does not define who I am. Yes I made a terrible mistake, but that is not who I am. My life revolved around drugs and alcohol. I was not in the right state of mind, but now being sober for the last year I was able to reflect on myself and my past decisions. I don't ever want to be that person again. I have been doing everything I can do at this facility to better myself and rehabilitate. I've done more than 1,000 hours of courses, Sex offender treatment, weekly Bible Studies, reading

books and working out. I have not recieved one ticket either. I just want you to see that I'm trying to leave prison as a better person than I came in and that I understand what I did was morally and ethically wrong. I can't take back what I've done, all I can hope for is that the victims and their families can heal, move on and forgive me. I genuinely want to be a better person for myself and my family, also my community when I leave prison. God Bless

Sincerely James Pagliaro

James Pagliaro

Honorable Judge,

I am writing on behalf of my nephew James Pagliaro. While I recognize the severity of the crimes he has pled to and should be punished accordingly. I still feel compelled to ask for your consideration of some level of leniency in a few regards, first of which is that he be placed in a somewhat local facility so his family, including his mother and me, can continue to visit him. Also, it is hoped that said facility would have a rehabilitation program that can address his particular mental illness that led to this situation in the first place. Lastly, I pray that the sentence can be of an appropriate duration yet still allow him to be young enough to turn his life around and be a productive and useful member of society at large, maybe even counseling others convicted of similar crimes, even with the restrictions that will follow him the rest of his life outside of incarceration.

I have known James his whole life, at countless family gatherings, vacations, holidays, and so much more. He, at his heart, is not the criminal that these vile acts suggest. It is my belief that addressing his mental illness/health problems, he can rejoin the community at some point.

Your Honor,

I love my nephew James, and will pray that you will consider these words when you give sentence.

Thank you for any and all consideration,

William Raymond